Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

             Case No.:  23−16086−ABA
             Chapter:  13
             Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Jacquelyn S. Snitcher
  31 Dickinson Street
  Woodstown, NJ 08098

Social Security No.:
  xxx−xx−1232

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

  NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on September 28, 2023.

Dated: September 28, 2023
JAN: as

                       Jeanne Naughton
                       Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Jacquelyn S. Snitcher  
      Debtor

Case No. 23-16086-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 4  
Date Rcvd: Sep 28, 2023      Form ID: plncf13      Total Noticed: 72

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 30, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jacquelyn S. Snitcher, 31 Dickinson Street, Woodstown, NJ 08098-1406 |
| 519973325 | + | Bk Of Mo/Ts, Po Box 85860, Sioux Falls, SD 57118-5860 |
| 519973333 | + | Concord, PO Box 78080, Phoenix, AZ 85062-8080 |
| 519973334 | + | Cooper University Hospital, PO Box 2090, Morrisville, NC 27560-2090 |
| 519973347 | | Friends Village at Woodstown, 41 Friends Drive, Woodstown, NJ 08098 |
| 519973348 | | Fsb Blaze, 500 E. 60 S, Sioux Falls, SD 57104 |
| 519973352 | + | Inspira Health, PO Box 981028, Boston, MA 02298-1028 |
| 519973355 | + | Lakeview, PO Box 619063, Dallas, TX 75261-9063 |
| 519973357 | | Midland Credit Managem, San Diego, CA |
| 519973361 | | New Jersey State Division of Taxation, Compli, 3 John Fitch Way, 5th Floor, PO Box 245, Trenton, 08695-0245 |
| 519973366 | + | Relax, PO Box 463, Madison, SD 57042-0463 |
| 519973368 | + | Southern Oncology, 1505 Sherman Avenue,, Suite 101, Vineland, NJ 08360-7059 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 28 2023 22:50:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 28 2023 22:50:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519973322 | ^ | MEBN | Sep 28 2023 22:04:46 | 1st Digital/Synovus/Vt, Po Box 85650, Sioux Falls, SD 57118-5650 |
| 519973323 | + | Email/Text: backoffice@affirm.com | Sep 28 2023 22:51:00 | Affirm Inc, 633 Folsom St Fl 7, San Francisco, CA 94107-3618 |
| 520001846 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 28 2023 23:09:06 | Ally Bank, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 519973324 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Sep 28 2023 22:49:00 | Aspire, PO Box 105555, Atlanta, GA 30348-5555 |
| 519973331 | + | Email/Text: BKPT@cfna.com | Sep 28 2023 22:49:00 | CFNA, 6275 EASTLAND ROD, CLEVELAND, OH 44142-1301 |
| 519973330 | | Email/Text: cfcbackoffice@contfinco.com | Sep 28 2023 22:50:00 | Celtic/Cont, Pob 8099, Newark, DE 19714 |
| 519996422 | | Email/Text: BKPT@cfna.com | Sep 28 2023 22:49:00 | CREDIT FIRST NA, PO BOX 818011, CLEVELAND,OH 44181-8011 |
| 519973326 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 29 2023 00:20:08 | Cap1/Wmt, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 519973327 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 28 2023 22:38:43 | Capital One, 11013 W Broad St, Glen Allen, VA 23060-6017 |
| 519973328 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Sep 28 2023 22:51:00 | Cb Indigo, Po Box 4499, Beaverton, OR |

| Recipient ID | Code | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 519973329 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 28 2023 22:36:24 | Cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 520026308 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 28 2023 23:38:20 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 519973332 | ^ | MEBN | Sep 28 2023 22:05:47 | Coastl/Prosp, 221 Main Street, San Francisco, CA 94105-1906 |
| 519973335 | + | Email/Text: CCBANKRUPTCY@CORTRUSTBANK.COM | Sep 28 2023 22:49:00 | Cortrust Bk, 500 East 60th St N, Sioux Falls, SD 57104-0478 |
| 519973336 | + | Email/Text: BKPT@cfna.com | Sep 28 2023 22:49:00 | Credit First N A, 6275 Eastland Rd, Brook Park, OH 44142-1399 |
| 519973337 | + | Email/PDF: creditonebknotifications@resurgent.com | Sep 28 2023 22:37:00 | Creditonebnk, Pob 98872, Las Vegas, NV 89193-8872 |
| 519973338 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 28 2023 22:50:00 | Department of Treasury, Internal Revenue Serv, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519973339 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Sep 28 2023 22:49:00 | Emblem, Pob 105555, Atlanta, GA 30348-5555 |
| 519973341 | | Email/Text: bknotices@fbcs-inc.com | Sep 28 2023 22:50:00 | FBCS, Inc., 330 S. Warminster Road, Suite 353, Hatboro, PA 19040 |
| 519973346 | | Email/Text: BNSFS@capitalsvcs.com | Sep 28 2023 22:49:00 | First Svg Cc, 500 East 60th St N, Sioux Falls, SD 57104 |
| 519973342 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Sep 28 2023 22:51:00 | Feb Destiny, Po Box 4499, Beaverton, OR 97076-4499 |
| 519973343 | ^ | MEBN | Sep 28 2023 22:06:14 | Fettifht/Web, 13300 Pioneer Trail, Eden Prairie, MN 55347-4120 |
| 519973344 | + | Email/Text: bknotices@totalcardinc.com | Sep 28 2023 22:50:00 | First Digital Cad, PO Box 23045, Columbus, GA 31902-3045 |
| 519973345 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Sep 28 2023 22:36:31 | First Premier Bank, 601 S Minnesota Ave, Sioux Falls, SD 57104-4868 |
| 519973349 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Sep 28 2023 23:10:18 | Fst Premier, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 519973350 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Sep 28 2023 22:51:00 | Genesis FS Card, PO Box 4477, Beaverton, OR 97076-4401 |
| 519973351 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Sep 28 2023 22:51:00 | Indigo card, PO Box 4477, Beaverton, OR 97076-4401 |
| 520032072 | | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 28 2023 22:51:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 519973353 | | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 28 2023 23:12:35 | Jpmcb Card, 800 Brooksedge Blvd, Westerville, OH 43081 |
| 519999589 | + | Email/Text: RASEBN@raslg.com | Sep 28 2023 22:49:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 519973354 | | Email/Text: PBNCNotifications@peritusservices.com | Sep 28 2023 22:49:00 | Kohls/Capone, N56 Ridgewood Dr, Menomonee Fal, WI 53051 |
| 519995321 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 28 2023 22:38:58 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520004141 | ^ | MEBN | Sep 28 2023 22:04:46 | Lakeview Loan Servicing, LLC, c/o M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 519995320 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 28 2023 22:36:58 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 519973360 | | Email/Text: cscommunications@mrvbanks.com | Sep 28 2023 22:50:00 | Mrv Bk/Revvi, Po Box 85800, Sioux Falls, SD |

Case 23-16086-ABA   Doc 23   Filed 09/30/23   Entered 10/01/23 00:17:03   Desc Imaged
                            Certificate of Notice    Page 4 of 5

| District/off: 0312-1 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Sep 28, 2023 | Form ID: plncf13 | Total Noticed: 72 |

| Recip ID | | Notice Type | Date/Time | Address |
|---|---|---|---|---|
| | | | | 57118 |
| 519974797 | + | Email/Text: bknotices@totalcardinc.com | Sep 28 2023 22:50:00 | MRV Banks, 2700 S Lorraine Pl, SIOUX FALLS, SD 57106-3657 |
| 519973356 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 28 2023 22:38:38 | Merrick Bk, 10705 S Jordan Gat, South Jordan, UT 84095-3977 |
| 520019413 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 28 2023 22:50:00 | Midland Credit Management, Inc, PO Box 2037, Warren, MI 48090-2037 |
| 519973358 | ^ | MEBN | Sep 28 2023 22:05:48 | Missionlntab, Po Box 105286, Atlanta, GA 30348-5286 |
| 519973359 | + | Email/Text: bankruptcy@sccompanies.com | Sep 28 2023 22:51:00 | Montgomerywd, 1112 7th Ave, Monroe, WI 53566-1364 |
| 519973362 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 28 2023 23:10:50 | Ollo/Ally, Po Box 9222, Old Bethpage, NY 11804-9222 |
| 520030845 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 28 2023 22:36:23 | Portfolio Recovery Associates, LLC, c/o Capital One, N.a., POB 41067, Norfolk VA 23541 |
| 520023700 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 28 2023 23:11:58 | Portfolio Recovery Associates, LLC, c/o Paypal, POB 41067, Norfolk VA 23541 |
| 520032336 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 28 2023 22:36:24 | Portfolio Recovery Associates, LLC, c/o The Bank Of Missouri, POB 41067, Norfolk VA 23541 |
| 519973363 | | Email/Text: pasi_bankruptcy@chs.net | Sep 28 2023 22:49:00 | PASI, PO Box 188, Brentwood, TN 37024 |
| 519973364 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 28 2023 23:12:18 | Portfolio Recov Assoc, 120 Corporate Blvd Ste 1, Norfolk, VA 23502-4952 |
| 520032466 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 28 2023 22:51:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 519973365 | ^ | MEBN | Sep 28 2023 22:04:45 | Prosper, P.O. Box 650078, Dallas, TX 75265-0078 |
| 520001208 | | Email/Text: bnc-quantum@quantum3group.com | Sep 28 2023 22:50:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 519973369 | ^ | MEBN | Sep 28 2023 22:06:23 | Specialized Loan Servicing, PO Box 60535, City Of Industry, CA 91716-0535 |
| 519973370 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 28 2023 23:10:48 | Syncb/Cc4whl, C/O Po Box 965036, Orlando, FL 32896-0001 |
| 519973371 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 28 2023 22:39:07 | Syncb/Low, Po Box 981400, El Paso, TX 79998-1400 |
| 520029518 | + | Email/PDF: ebn_ais@aisinfo.com | Sep 28 2023 23:10:45 | Synchrony Bank, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519974802 | + | Email/Text: bknotices@totalcardinc.com | Sep 28 2023 22:50:00 | THE BANK OF MISSOURI, 2700 S Lorraine Pl, SIOUX FALLS, SD 57106-3657 |
| 519973372 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Sep 28 2023 22:49:00 | Tbom/Aspire, Po Box 105555, Atlanta, GA 30348-5555 |
| 519973373 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Sep 28 2023 22:49:00 | Tbom/Atls/Fortiva Mc, PO Box 105555, Atlanta, GA 30348-5555 |
| 519973374 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Sep 28 2023 22:49:00 | Tbom/Fortiva, Po Box 105555, Atlanta, GA 30348-5555 |
| 519973375 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Sep 28 2023 22:51:00 | Tbom/Milstne, 8405 Sw Nimbus Ave, Beaverton, OR 97008-7185 |

TOTAL: 60

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519973340 | | Eugene Snitcher- deceased |
| 519973367 | | Salam Medical Center, PO Box 95000, LBX 7750 |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 30, 2023    Signature: /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 28, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Karina Pia Lucid | on behalf of Debtor Jacquelyn S. Snitcher klucid@karinalucidlaw.com 15020@notices.nextchapterbk.com;admin@karinalucidlaw.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4