Printed on: 01/02/2024  
ANDREW B. FINBERG [*ICB-99001-00*]

Page 1 of 3

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
Case Number: 23-16086 (ABA)

Jacquelyn S. Snitcher  
31 Dickinson Street  
Woodstown, NJ  08098

Monthly Payment: $371.00  
Payments / Month: 1  
Current Trustee Comp.: 9.60%

**For the period of 01/01/2023 to 12/31/2023**
**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 07/26/2023 | $350.00 | 08/08/2023 | $350.00 | 08/29/2023 | $350.00 | 09/29/2023 | $350.00 |
| 11/01/2023 | $371.00 | 12/04/2023 | $371.00 | | | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | JACQUELYN S. SNITCHER | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | KARINA PIA LUCID, ESQUIRE | 13 | $2,475.00 | $1,936.36 | $538.64 | $1,936.36 |
| 1 | 1ST DIGITAL/SYNOVUS/VT | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | AFFIRM INC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | ASPIRE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | QUANTUM3 GROUP, LLC | 33 | $289.80 | $0.00 | $289.80 | $0.00 |
| 5 | CFNA | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | CAP1/WMT | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $1,189.46 | $0.00 | $1,189.46 | $0.00 |
| 8 | QUANTUM3 GROUP, LLC | 33 | $311.53 | $0.00 | $311.53 | $0.00 |
| 9 | LVNV FUNDING, LLC | 33 | $453.00 | $0.00 | $453.00 | $0.00 |
| 10 | CELTIC/CONT | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | COASTL/PROSP | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | CONCORD | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | COOPER UNIVERSITY HOSPITAL | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | CORTRUST BK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | CREDIT FIRST, N.A. | 33 | $1,592.76 | $0.00 | $1,592.76 | $0.00 |
| 16 | CREDITONEBNK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | DEPARTMENT OF TREASURY, INTERNAL REVENUE | 28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18 | SYNCHRONY BANK | 33 | $177.20 | $0.00 | $177.20 | $0.00 |
| 19 | EUGENE SNITCHER- DECEASED | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20 | FBCS, INC. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21 | FEB DESTINY | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 22 | FETTIFHT/WEB | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23 | FIRST DIGITAL CAD | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 24 | PREMIER BANKCARD, LLC | 33 | $393.08 | $0.00 | $393.08 | $0.00 |
| 25 | First Svg Cc | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 26 | FRIENDS VILLAGE AT WOODSTOWN | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 27 | FSB BLAZE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 28 | FST PREMIER | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 29 | QUANTUM3 GROUP, LLC | 33 | $280.73 | $0.00 | $280.73 | $0.00 |
| 30 | INDIGO CARD | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 31 | INSPIRA HEALTH | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 32 | JPMORGAN CHASE BANK, N.A. | 33 | $514.18 | $0.00 | $514.18 | $0.00 |
| 33 | KOHLS/CAPONE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 34 | LAKEVIEW LOAN SERVICING, LLC | 24 | $290.25 | $0.00 | $290.25 | $0.00 |
| 35 | MERRICK BANK | 33 | $2,605.19 | $0.00 | $2,605.19 | $0.00 |
| 36 | MIDLAND CREDIT MANAGEMENT, INC. | 33 | $2,282.91 | $0.00 | $2,282.91 | $0.00 |
| 37 | MISSIONLNTAB | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 38 | MONTGOMERYWD | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 39 | MRV BANKS | 33 | $211.54 | $0.00 | $211.54 | $0.00 |
| 40 | NEW JERSEY STATE DIVISION OF TAXATION, COMPL | 28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 41 | OLLO/ALLY | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 42 | PASI | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 43 | PORTFOLIO RECOV ASSOC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 44 | PROSPER | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 45 | RELAX | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 46 | SALAM MEDICAL CENTER | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 47 | SOUTHERN ONCOLOGY | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 48 | SPECIALIZED LOAN SERVICING | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 49 | JEFFERSON CAPITAL SYSTEMS, LLC | 33 | $1,147.79 | $0.00 | $1,147.79 | $0.00 |
| 50 | SYNCB/LOW | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 51 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $1,093.63 | $0.00 | $1,093.63 | $0.00 |
| 52 | THE BANK OF MISSOURI | 33 | $384.01 | $0.00 | $384.01 | $0.00 |
| 53 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $1,997.70 | $0.00 | $1,997.70 | $0.00 |
| 54 | TBOM/MILSTNE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 55 | U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 56 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 57 | KARINA PIA LUCID | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 58 | ALLY BANK | 33 | $280.77 | $0.00 | $280.77 | $0.00 |
| 59 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $477.75 | $0.00 | $477.75 | $0.00 |
| 60 | CITIBANK, N.A. | 33 | $488.92 | $0.00 | $488.92 | $0.00 |
| 61 | LVNV FUNDING, LLC | 33 | $1,029.90 | $0.00 | $1,029.90 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 08/01/2023 | 1.00 | $0.00 |
| 09/01/2023 | Paid to Date | $1,050.00 |
| 10/01/2023 | 1.00 | $0.00 |
| 11/01/2023 | 57.00 | $371.00 |
| 08/01/2028 | Projected end of plan | |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

Printed on: 01/02/2024  Page 3 of 3
ANDREW B. FINBERG [*ICB-99001-00*]

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
Case Number: 23-16086 (ABA)

| | |
|---|---|
| Total payments received this period: | $2,142.00 |
| Total paid to creditors this period: | $1,936.36 |
| Undistributed Funds on Hand: | $0.00 |
| Arrearages: | $21.00 |
| Attorney: | KARINA PIA LUCID, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**