Printed on: 12/31/2024  
ANDREW B. FINBERG [*ICB-99001-00*]

Page 1 of 3

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
Case Number: 23-16086 (ABA)

Jacquelyn S. Snitcher  
31 Dickinson Street  
Woodstown, NJ  08098

Monthly Payment: $371.00  
Payments / Month: 1  
Current Trustee Comp.: 10.00%

**For the period of 01/01/2024 to 12/31/2024**
**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/03/2024 | $371.00 | 02/01/2024 | $371.00 | 03/04/2024 | $371.00 | 04/01/2024 | $371.00 |
| 05/02/2024 | $371.00 | 06/04/2024 | $371.00 | 07/02/2024 | $371.00 | 08/01/2024 | $371.00 |
| 09/03/2024 | $371.00 | 10/02/2024 | $371.00 | 11/01/2024 | $371.00 | 12/03/2024 | $371.00 |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | JACQUELYN S. SNITCHER | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | KARINA PIA LUCID, ESQUIRE | 13 | $2,475.00 | $2,475.00 | $0.00 | $1,936.36 |
| 1 | 1ST DIGITAL/SYNOVUS/VT | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | AFFIRM INC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | ASPIRE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | QUANTUM3 GROUP, LLC | 33 | $289.80 | $53.59 | $236.21 | $0.00 |
| 5 | CFNA | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | CAP1/WMT | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $1,189.46 | $219.95 | $969.51 | $0.00 |
| 8 | QUANTUM3 GROUP, LLC | 33 | $311.53 | $57.60 | $253.93 | $0.00 |
| 9 | LVNV FUNDING, LLC | 33 | $453.00 | $83.77 | $369.23 | $0.00 |
| 10 | CELTIC/CONT | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | COASTL/PROSP | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | CONCORD | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | COOPER UNIVERSITY HOSPITAL | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | CORTRUST BK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | CREDIT FIRST, N.A. | 33 | $1,592.76 | $294.52 | $1,298.24 | $0.00 |
| 16 | CREDITONEBNK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | DEPARTMENT OF TREASURY, INTERNAL REVENUE SER | 28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18 | SYNCHRONY BANK | 33 | $177.20 | $32.77 | $144.43 | $0.00 |
| 19 | EUGENE SNITCHER- DECEASED | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20 | FBCS, INC. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21 | FEB DESTINY | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 22 | FETTIFHT/WEB | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23 | FIRST DIGITAL CAD | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 24 | PREMIER BANKCARD, LLC | 33 | $393.08 | $72.68 | $320.40 | $0.00 |
| 25 | First Svg Cc | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 26 | FRIENDS VILLAGE AT WOODSTOWN | 24 | $0.00 | $0.00 | $0.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 27 | FSB BLAZE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 28 | FST PREMIER | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 29 | QUANTUM3 GROUP, LLC | 33 | $280.73 | $51.92 | $228.81 | $0.00 |
| 30 | INDIGO CARD | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 31 | INSPIRA HEALTH | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 32 | JPMORGAN CHASE BANK, N.A. | 33 | $514.18 | $95.08 | $419.10 | $0.00 |
| 33 | KOHLS/CAPONE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 34 | M & T BANK | 24 | $290.25 | $290.25 | $0.00 | $0.00 |
| 35 | MERRICK BANK | 33 | $2,605.19 | $481.74 | $2,123.45 | $0.00 |
| 36 | MIDLAND CREDIT MANAGEMENT, INC. | 33 | $2,282.91 | $422.15 | $1,860.76 | $0.00 |
| 37 | MISSIONLNTAB | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 38 | MONTGOMERYWD | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 39 | MRV BANKS | 33 | $211.54 | $39.11 | $172.43 | $0.00 |
| 40 | NEW JERSEY STATE DIVISION OF TAXATION, COMPL | 28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 41 | OLLO/ALLY | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 42 | PASI | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 43 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 44 | PROSPER | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 45 | RELAX | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 46 | SALAM MEDICAL CENTER | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 47 | SOUTHERN ONCOLOGY | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 48 | SPECIALIZED LOAN SERVICING | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 49 | JEFFERSON CAPITAL SYSTEMS, LLC | 33 | $1,147.79 | $212.24 | $935.55 | $0.00 |
| 50 | SYNCB/LOW | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 51 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $1,093.63 | $202.23 | $891.40 | $0.00 |
| 52 | THE BANK OF MISSOURI | 33 | $384.01 | $71.01 | $313.00 | $0.00 |
| 53 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $1,997.70 | $369.41 | $1,628.29 | $0.00 |
| 54 | TBOM/MILSTNE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 55 | U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 56 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 57 | KARINA PIA LUCID | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 58 | RESURGENT RECEIVABLES, LLC | 33 | $280.77 | $51.92 | $228.85 | $0.00 |
| 59 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $477.75 | $88.35 | $389.40 | $0.00 |
| 60 | CITIBANK, N.A. | 33 | $488.92 | $90.41 | $398.51 | $0.00 |
| 61 | LVNV FUNDING, LLC | 33 | $1,029.90 | $190.45 | $839.45 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 08/01/2023 | 1.00 | $0.00 |
| 09/01/2023 | Paid to Date | $1,050.00 |
| 10/01/2023 | 1.00 | $0.00 |
| 11/01/2023 | 57.00 | $371.00 |
| 08/01/2028 | Projected end of plan | |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

Printed on: 12/31/2024  
ANDREW B. FINBERG [*ICB-99001-00*]

Page 3 of 3

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
Case Number: 23-16086 (ABA)

| | |
|---|---|
| Total payments received this period: | $4,452.00 |
| Total paid to creditors this period: | $1,936.36 |
| Undistributed Funds on Hand: | $0.00 |
| Arrearages: | ($350.00) |
| Attorney: | KARINA PIA LUCID, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**